UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**PRIMAL BRANDS, LLC,** a Delaware
Limited Liability Company, and
**RONALD BERKBUEGLER,**
an individual,

       Plaintiffs,

v.

**MAINSTREAM HOLDINGS, INC.,**
a Minnesota Corporation,

       Defendant.

Case No. **2:18-cv-12447**

Hon.

## INDEX OF EXHIBITS

EXHIBIT A – U.S. Patent No. 10,010,068

EXHIBIT B – Exclusive License Agreement

EXHIBIT C – Instruction Manual of Big Game Hightower XTL stand

EXHIBIT D – On-line Advertisement of Big Game Hightower XTL stand

EXHIBIT E – Claim Chart