# **EXHIBIT C**



# INSTRUCTION MANUAL

# *The Hightower XTL*
# *with Tree Lok System*

## Model LS0750

### ATTENTION!!
**WHEN YOU SEE A "⚠ WARNING!" BE SURE TO HEED THE MESSAGE!**
**THE INFORMATION CONTAINED IN THESE MESSAGES**
**CAN SAVE YOUR LIFE!!**

**PLEASE NOTE THAT ⚠ WARNING!** Statements have been placed throughout this Instruction Manual. These statements point out important safety information and instructions, which, if not followed could endanger the personal safety and/or property of the operator. It is imperative that the operator of this product, or any other product(s) read and follow all the instructions and warnings contained in this Manual prior to attempting to use this product(s), or any other product(s). Failure to comply with these instructions and/or warnings may result in serious personal injury or death!

 *This instruction manual complies with the ASTM standard F2123 - Standard Practice for Treestand Instructions and F2337 - Standard Test Method for Treestand Fall Arrest System.*

PO Box 382 • Windom, MN 56101
(800) 268-5077 • (507) 831-4350
*www.BigGameTreestands.com*

January 2018. Published by BGHA Inc., Windom, Minnesota.
© 2018 BGHA Inc. All rights reserved.

**ATTENTION!! WHEN YOU SEE A "⚠ WARNING!" BE SURE TO HEED THE MESSAGE! THE INFORMATION CONTAINED IN THESE MESSAGES CAN SAVE YOUR LIFE!!**

# LADDERSTAND USAGE INSTRUCTIONS & WARNINGS

**LS0750 • THE HIGHTOWER XTL     MAX. OCCUPANCY - One (1)**
**CARRYING CAPACITY (USER AND EQUIPMENT) 300 lbs/136 kg**

⚠**WARNING! This Big Game® product carries strict weight restrictions. DO NOT use this product if you exceed these total weight limitations. Please note that these weight limitations include the user(s) and their equipment. Failure to follow these instructions may result in serious injury or death!**

A *"Treestand Safety: It's Up To You"* DVD has been included. Please view it in its entirety prior to using this product!

Thank you for your purchase of this quality Big Game® Treestands product. To ensure your personal safety, please take a moment to carefully read this Instruction Manual in its entirety before attempting to set-up, install, remove and/or otherwise use this Big Game® Treestands product(s). Failure to follow these instructions may result in serious injury or death!

Shall you have any questions about the installation, removal, and/or use of this product, or any other Big Game® Treestands product(s) do not hesitate to call one of our customer service representatives toll free at (800) 268-5077 or visit us online at *www.BigGameTreestands.com*. Our customer service representatives will answer any questions you may have about any of the complete line of Big Game® Treestands products.

If you find damaged or missing parts in a newly purchased product, please return this product to the retailer for replacement.

PLEASE NOTE THAT WARNING! Statements have been placed throughout this Instruction Manual. These statements point out important safety information and instructions, which, if not followed could endanger the personal safety and/or property of the operator(s). It is imperative that the operator(s) of this product, or any other Big Game® product(s) read and follow all the instructions and warnings contained in this Instruction Manual prior to attempting to use this Big Game® product(s), or any other Big Game® product(s). Failure to comply with these instructions and/or warnings may result in serious personal injury or death!

⚠ WARNING! Failure to read and strictly comply with the instructions contained in this Instruction Manual may result in serious injury or death!

⚠ WARNING! Falls from a treestand can occur anytime after leaving the ground. These falls could result in either serious injury or death! For your personal safety, please take a moment to carefully read this product instruction manual in its entirety before attempting to assemble, set-up, install and/or otherwise use this Big Game® product(s). At least annually, review the contents of this instruction manual and watch the safe treestand hunting dvd. Additionally, keep these instructions for the entire duration that you own this product(s). Failure to follow these instructions may result in serious injury or death!

⚠ WARNING! A *"Treestand Safety: It's Up To You"* DVD has been included with this treestand. Please view it in its entirety prior to using this or any other Big Game® product(s). Failure to follow these instructions may result in serious injury or death!

⚠ WARNING! Prior to each hunt, you must inform someone of your hunting location, including the **specific** location of your treestand and the expected duration of your hunt. Failure to follow these instructions may result in serious injury or death!

⚠ WARNING! The safe use and operation of this product(s) is the sole responsibility of the user. It is also the sole responsibility of the owner to provide any person(s) who borrow or purchase this product(s) with these instructions and the afore mentioned a *"Treestand Safety: It's Up To You"* dvd. Failure to follow these instructions may result in serious injury or death! Additionally, failure to follow this instruction may subject you to personal liability penalties as determined by the U.S. Judicial system.

⚠ WARNING! Prior to each hunt, make sure that you have a signaling device (e.g., mobile phone, radio, whistle, signal flare or Personal Locator Device (PLD) in your possession and in an operable condition. This device must be within easy access shall you experience the need to contact emergency assistance. Failure to follow these instructions may result in serious injury or death!

⚠ WARNING! ALWAYS inspect/check ALL expiration dates/tags on all straps (e.g., tree belt, tether/lanyard, etc.) and the full-body fall arrest harness and its components prior to each use. If you observe expired, worn, damaged or missing parts, discontinue use and discard the product. Failure to follow these instructions may result in serious injury or death!

⚠ WARNING! Make certain all chains, cable straps, etc. are tightened per this Instruction Manual prior to use. All treestand bark biters must be in contact with the tree before you step onto the stand. The correct adjustment and tightening of attachment hardware (as outlined in each individual instructions) is critical to the stable installation of the ladderstand(s). Additionally, you MUST be wearing your Fall Arrest System (FAS) which includes a full-body fall arrest harness, tree belt, lanyard/tether, suspension relief device and climbing belt/linesmen belt (as applicable) in accordance with the instructions contained in this Instruction Manual. Failure to follow these instructions may result in serious injury or death!

⚠ WARNING! This product(s) is designed for adult use only. No one under the age of 16 shall attempt to use this or any other product(s) without direct adult supervision. Failure to follow these instructions may result in serious injury or death!

⚠ WARNING! Prior to attempting to use this or any other Big Game® product(s) you must take a moment and become familiar with its assembly, setup, installation, use, and removal. You must practice installing, setting up, using and removal of this product(s) at ground-level prior to attempting to use it at heights above ground-level. Once you have become thoroughly knowledgeable and comfortable with this Big Game® product(s) setup, installation, use, and removal at ground-level, you are now ready to use it at heights above ground-level. Failure to follow these instructions may result in serious injury or death!

⚠ WARNING! Several Big Game® products are equipped with a footrest, armrests, backrests and/or shooting rail. The footrest, armrests, backrests and the shooting rail have not been designed to support the users weight. Under no circumstances shall you place any more than fifteen (15) pounds (7 kg) of weight on these structures. Doing so will put the user in serious risk of injury or death. Failure to follow these instructions may result in serious injury or death!

⚠ WARNING! DO NOT modify, fix/repair, alter, bend, cut, weld, drill, or heat the treestand in any way. Additionally, do not attach anything to your treestand without explicit authorized and written instructions from the manufacturer. Failure to follow these instructions may result in serious injury or death!

⚠ WARNING! DO NOT attempt to make adjustments to this product while in the treestand. All adjustments must be made with the entire treestand on the ground. Failure to follow these instructions may result in serious injury or death!

**2**   **READ THIS MANUAL IN ITS ENTIRETY PRIOR TO USING THIS PRODUCT.**

*This instruction manual complies with the ASTM standard F2123 - Standard Practice for Treestand Instructions and F2337 - Standard Test Method for Treestand Fall Arrest System.*

**ATTENTION!! WHEN YOU SEE A "⚠ WARNING!" BE SURE TO HEED THE MESSAGE! THE INFORMATION CONTAINED IN THESE MESSAGES CAN SAVE YOUR LIFE!!**

⚠ WARNING! Never attempt to climb up or down with a weapon and/or gear in your possession. **ALWAYS** unload your weapon and pull it up to hunting height using a tether or pull up rope. **ALWAYS** lower your unloaded weapon down to the ground prior (when raising or lowering firearms, the chamber must be open and the barrel pointing toward the ground) to attempting to climb up or climb down. Use this same method when raising or lowering all other gear. Failure to follow these instructions may result in serious injury or death!

⚠ WARNING! Prior to each use thoroughly inspect the treestand (and its components) and all safety devices each time before use for signs of wear, rot, corrosion, cracks, deterioration and/or any other type of damage. Make certain that your treestand is tight and secure prior to use. Protect this product(s) from extended exposure to direct sunlight, excessive heat or freezing temperatures by storing inside when not in use. Do not use this or any other product(s) if it shows evidence of wear, rot, corrosion, cracks, deterioration and/or any other type of damage(s). Failure to follow these instructions may result in serious injury or death!

⚠ WARNING! **DO NOT** use this or any other Big Game® products(s) if you have a history of heart problems, back problems, impaired vision, joints that lock-up, spinal fusions, equilibrium problems, high blood pressure, are not well-rested and/or any other physical impairment that may limit your ability to use and/or operate this product(s) in the safe manner outlined in this Instruction Manual. Additionally, do not use this or any other Big Game® product(s) if you are currently taking medication (including prescription) and/or using and/or consuming any substance, including alcohol, that may limit your ability to use this Big Game® product(s) as outlined and described in the Instruction Manual. Never use a treestand when feeling ill, nauseous or dizzy. Failure to follow these instructions may result in serious injury or death!

⚠ WARNING! **DO NOT** leave your Big Game® product(s) installed for more than two weeks (14 days). Any number of factors can jeopardize its installation and integrity. These include, but are not limited to, weather or other environmental factors that can negatively affect its performance. Animals can also cause damage to your Big Game® product(s) that can negatively affect its performance and your safety. Additionally, factors such as tree growth can stress and damage supporting straps, chains and/or buckles. Failure to follow these instructions may result in serious injury or death!

⚠ WARNING! Strict weight limitations have been set for each product(s) to ensure your personal safety. Note the weight limitations and maximum occupancy for your Big Game® product(s). This weight limit includes the user(s) and equipment. **NEVER EXCEED THESE WEIGHT LIMITATIONS!** Failure to follow these instructions may result in serious injury or death!

⚠ WARNING! **DO NOT** jump or bounce on the treestand platform and/or the seat to engage the stand to the tree. Failure to follow these instructions may result in serious injury or death!

⚠ WARNING! **DO NOT** attempt to use this or any other Big Game® product(s) when ice, snow, and/or freezing rain has deposited or formed on any portion of the tree or stand you intend to climb. Do not attempt to use this or any other Big Game® product(s) when thunderstorms are threatening and/or present within five (5) miles (8 km). Do not attempt to use this or any other product(s) when any other adverse weather condition(s) presents itself. These include, but are not limited to, weather conditions which have the potential for producing winds, lightning, rain, snow, sleet and/or any other atmospheric condition which may limit the user's ability to operate this Big Game® product(s) in a safe manner as described in this Instruction Manual. Shall inclement weather conditions arise during your use of this Big Game® product(s), return to the ground immediately and seek proper man-made shelter. Failure to follow these instructions may result in serious injury or death!

⚠ WARNING! **BEFORE** each use, make sure all nuts and bolts are secure. **CHECK** all hardware and webbing prior to every use to make sure that no damage has occurred to hardware and that webbing (as applicable) is not cut or frayed. Keep webbing from coming into contact with any sharp edges. **DO NOT USE THIS PRODUCT IF ANY DAMAGE IS SUSPECTED.** Failure to follow these instructions may result in serious injury or death!

⚠ WARNING! **ALWAYS** wear the appropriate foot wear when using a treestand. A good non-slip safety boot is important for your safety. Be especially careful that boot laces do not get hooked on the treestand (or any of its components) or climbing aids (tuck shoelaces into boot before climbing). Failure to follow these instructions may result in serious injury or death!

⚠ WARNING! **NEVER** hunt out of a treestand at heights at which you are not completely comfortable. Depending upon the tree and hunting conditions, choose the minimum hunting height that allows for safe, effective hunting. Failure to follow these instructions may result in serious injury or death!

⚠ WARNING! **DO NOT** stand on the treestand seat. Failure to follow these instructions may result in serious injury or death!

⚠ WARNING! These Big Game® product(s) were designed for installation on trees with a minimum diameter of nine (9) inches (23 cm) and a maximum diameter of (20) inches (51 cm) at treestand installation height (i.e., seat height). **DO NOT** use your Big Game® product(s) on trees with trunk diameters that do not meet this minimum/maximum diameter requirement. Failure to follow these instructions may result in serious injury or death!

⚠ WARNING! A minimum of three (3) adults is required to install and/or remove a ladderstand. Failure to follow these instructions may result in serious injury or death!

⚠ WARNING! The criss-cross straps and stabilization devices must be attached and tightened before attempting to climb to the seating/standing platforms. Failure to follow these instructions may result in serious injury or death!

⚠ WARNING! When installing a ladderstand, always apply weight on the first rung to set the ladder firmly into the ground. Failure to follow these instructions may result in serious injury or death!

⚠ WARNING! Check the ground under ladderstands and climbing systems to make sure it is firm and level. Sloping ground or uneven surfaces (e.g., one side on a rock) can cause the ladder to tilt or shift off the tree as you climb. Failure to follow these instructions may result in serious injury or death!

⚠ WARNING! **ALWAYS** maintain three-point contact when climbing up/down a tree when using climbing aids and/or ladderstand. Proper three-point contact means having either two feet with one hand or one foot with two hands on the step portion of the climbing aids at all times when climbing up or down. Failure to follow these instructions may result in serious injury or death!

⚠ WARNING! When installing ladderstands, **ALWAYS** lean forward as you climb and attach your full-body fall arrest harness tree belt to the tree prior to securing the ratchet strap(s) on the platform(s) to the tree and stepping onto the platform. Failure to follow these instructions may result in serious injury or death!

**Shall you have any questions about the assembly, installation or use of this product, or any other product, please do not hesitate to call one of our customer service representatives at (800) 268-5077 and they will answer all questions you may have about any of the complete line of products. Please have the batch/serial number ready (find your batch number on a riveted metal tag affixed to your product) before calling to better assist you.**

**READ THIS MANUAL IN ITS ENTIRETY PRIOR TO USING THIS PRODUCT.**

*This instruction manual complies with the ASTM standard F2123 - Standard Practice for Treestand Instructions and F2337 - Standard Test Method for Treestand Fall Arrest System.*

**ATTENTION!! WHEN YOU SEE A "⚠ WARNING!" BE SURE TO HEED THE MESSAGE! THE INFORMATION CONTAINED IN THESE MESSAGES CAN SAVE YOUR LIFE!!**

## PARTS LIST

| Part # | Description | Qty |
|--------|-------------|-----|
| UP14-0020 | Ladder Section | 4 |
| UP16-0015 | Bottom Ladder Section | 1 |
| UP16-0017 | Support Bar Ladder Piece | 2 |
| UP16-0018 | Support Bar Tree Piece | 1 |
| UP16-0019 | Support Bar Upper Piece | 1 |
| UP16-0020 | Under Support Gusset Male Piece | 2 |
| UP16-0021 | Under Support Gusset Female Piece | 2 |
| UP16-0022 | Left Shooting Rail Piece | 1 |
| UP16-0023 | Right Shooting Rail Piece | 1 |
| UP18-0129 | Rear Frame Support | 1 |
| UP16-0025 | Side Frame | 2 |
| UP16-0026 | Top Ladder Extension | 2 |
| UP16-0027 | Standing Platform | 1 |
| UP18-0130 | Left Seat Support | 1 |
| UP18-0131 | Right Seat Support | 1 |
| UP18-0132 | Seat Assembly | 1 |
| UP16-0031 | Rear Support Hoop | 1 |
| UP10-0303 | Shooting Rail Cover | 1 |
| UP11-0047 | Armrest | 2 |
| UP10-0439 | Armrest Cover | 2 |
| UP12-0130 | Right Shooting Rail Stop | 1 |
| UP12-0131 | Left Shooting Rail Stop | 1 |
| UP12-0067 | Seat Bar | 1 |
| UP18-0074 | Left Tree Lok Bar | 1 |
| UP18-0075 | Right Tree Lok Bar | 1 |
| UP77-0211 | Tree Lok Spacer | 2 |
| UP18-0076 | Long Ratchet Strap | 1 |
| UP18-0077 | Cam Buckle Strap | 1 |
| UP18-0078 | Connection Strap | 1 |
| UP10-0027 | Ratchet Strap | 2 |
| UP10-0183 | Stabilizer Strap | 2 |
| UP10-0182 | Rope | 1 |
| UP14-0209 | Full Body Harness A130 | 1 |
| UP12-0191 | Safety DVD | 1 |
|  | Instruction Manual | 1 |

## SPECS

**Minimum/Maximum Tree Diameter**
9" min. (23 cm) and 20" max. (51 cm) at installation height
(i.e., seating platform height)
**Maximum Occupancy:** One (1)
**Max. Weight Capacity (User and Equipment):** 300 lbs/227 kg

## TOOLS REQUIRED:



Adjustable Wrench - Qty 2 (Not Included)

### OPTIONAL ACCESSORIES

Any number of innovative accessories are available and sold separately to compliment your new Big Game® product(s). Only genuine authorized accessories shall be used with Big Game® product(s).

---

Prior to using this stand you must read and follow all Safety Warnings throughout this entire manual.

 **WARNING!** You must wear the factory provided full-body fall arrest harness included with this product at all times during use of this product. Failure to follow these instructions may result in serious injury or death!

 **WARNING!** Never climb, install or use a treestand with a single safety belt or chest harness. These devices have been deemed unsafe for use in climbing apparatus applications and may endanger your personal safety. Use only the factory provided full-body fall arrest harness or a similar full-body fall arrest harness that meets or exceeds industry standards recognized by TMA. Failure to follow these instructions may result in serious injury or death!

 **WARNING! DO NOT** use this, or any other Big Game® product(s) to climb utility poles, telephone poles, structural columns or any other man-made structures. Never use this or any other Big Game® product(s) around power generation (e.g., transformers, generators, substations, etc.) and/or power transmission equipment. Never use a treestand on a dead, leaning, diseased or loose barked tree. **Never use a tree branch, or any portion of a tree, to support any portion of your weight or as a hand hold.** Failure to follow these instructions may result in serious injury or death!

 **WARNING!** Never attempt to hunt from an unlevel treestand. Additionally, never attempt to level your treestand at heights above the ground. If you find that your treestand is unlevel, canted, angled awkwardly upward or downward, or in any configuration other than level, immediately climb down to ground-level and readjust your treestand as necessary to alleviate this awkward angle. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING!** Never attempt to either climb up or climb down with a weapon in your possession. **ALWAYS** unload your weapon and pull it up to hunting height using a tether or pull-up rope. **ALWAYS** lower your unloaded weapon down to the ground prior to attempting to climb down. Failure to follow these instructions may result in serious injury or death!

We are very serious about your personal safety. A full-body fall arrest harness has been included with this product for your use. The full-body fall arrest harness, which meets or exceeds industry standards recognized by TMA, has been designed to keep you from experiencing a fall.

Read the full-body fall arrest harness section (pages 16-19) carefully and follow all of the instructions! Your full-body fall arrest harness and its components (i.e., Lanyard/tether, tree belt, climbing belt, suspension relief device) is designed for a maximum capacity (user and equipment) of 300 pounds (136 kg). Additionally, your full-body fall arrest harness (and it components)  must be replaced after three (3) years of service! Please contact Big Game® for full-body fall arrest harness replacement procedure shall you experience a fall or shall it exceed the three (3) year service period.

 **WARNING!** These ladderstands were designed to be used on trees with **a minimum diameter of 9 inches (23 cm) and a maximum diameter of 20 inches (51 cm) at treestand installation height (i.E., seating platform height). DO NOT** attempt to install on trees with smaller or larger diameters. Failure to follow these instructions may result in serious injury or death!

### STORAGE AND CARE OF YOUR STAND

Your new ladderstand is factory finished with a state-of-the-art powder coating that guarantees years of trouble-free service. It is recommended that you store your stand out of direct sunlight and out of any other harsh environmental condition(s) that may adversely affect its performance.

---

**READ THIS MANUAL IN ITS ENTIRETY PRIOR TO USING THIS PRODUCT.**

*This instruction manual complies with the ASTM standard F2123 - Standard Practice for Treestand Instructions and F2337 - Standard Test Method for Treestand Fall Arrest System.*

## ATTENTION!! WHEN YOU SEE A "⚠ WARNING!" BE SURE TO HEED THE MESSAGE! THE INFORMATION CONTAINED IN THESE MESSAGES CAN SAVE YOUR LIFE!!

# HARDWARE LIST

*Check to make sure you have all the required parts and hardware. If you find damaged or missing parts in a newly purchased product, please return this product to the retailer for replacement.*



| Part # | Hardware Description | Qty |
|---|---|---|
| UP77-0016 | [A] 1/4" x 1" Hex Bolt | 1 |
| UP77-0018 | [B] 1/4" x 1 1/4" Hex Bolt | 9 |
| UP77-0019 | [C] 1/4" x 1 1/2" Hex Bolt | 4 |
| UP77-0023 | [D] 1/4" x 2" Hex Bolt | 14 |
| UP77-0024 | [E] 1/4" x 2 1/4" Hex Bolt | 4 |
| UP77-0119 | [G] 1/4" x 2 1/4" Carriage Bolt | 2 |
| UP77-0104 | [H] 5/16" x 3 1/2" Hex Bolt | 2 |

| Part # | Hardware Description | Qty |
|---|---|---|
| UP77-0029 | 5/16" Nylock Nut | 2 |
| UP77-0001 | 1/4" Nylock Nut | 32 |
| UP77-0138 | Seat Tension bolt | 1 |
| UP77-0139 | 1/4" Delta Bolt | 2 |
| UP77-0009 | Nylon Spacer 1/4" x 3/8" | 2 |
| UP77-0002 | Nylon Washer | 12 |
| UP77-0003 | 1/4" Delta Nut | 2 |
| UP77-0127 | Allen Wrench | 1 |
| UP77-0065 | Snap Pin 1/4" x 2" | 3 |
| UP77-0155 | Snap Pin 1/4" x 1 1/4" | 2 |

*This instruction manual complies with the ASTM standard F2123 - Standard Practice for Treestand Instructions and F2337 - Standard Test Method for Treestand Fall Arrest System.*

**ATTENTION!! WHEN YOU SEE A "⚠ WARNING!" BE SURE TO HEED THE MESSAGE! THE INFORMATION CONTAINED IN THESE MESSAGES CAN SAVE YOUR LIFE!!**

⚠ WARNING! Read the **WEIGHT RESTRICTION WARNING, USAGE INSTRUCTIONS & WARNINGS** and **FULL-BODY FALL ARREST HARNESS USAGE INSTRUCTIONS & WARNINGS** throughout this manual prior to assembly of this product! Failure to follow any of the instructions and/or warnings may result in serious injury or death!

⚠ WARNING! DO NOT over tighten the hardware. Over tightening can lead to structural damage and may negatively affect the performance of your stand. Failure to follow these instructions may result in serious injury or death!

Refer to pages 13-15, **Field Installation-Ladderstands**, for installation instructions. **NOTE:** Steps 1-16 require you to temporarily finger tighten nuts to ensure proper alignment.

**FIG. 1** **STEP 1.** Attach the **top ladder extensions** to a **ladder section** using (2) 1/4" x 1 1/4" hex bolts [B] and (2) 1/4" nylock nuts. **Note:** When attaching **top ladder extensions** be sure that the bends are facing outward.

**STEP 2.** Next, attach the **side frames** to the **top ladder extensions** using (2) 1/4" x 1 1/4" hex bolts [B] and (2) 1/4" nylock nuts to secure.



**FIG. 2** **STEP 3.** Insert the **rear frame support** into the **side frames** aligning holes. Next, connect the **left** and **right seat supports**. Then, attach the assembled **seat support** to the rear most holes of the **rear frame support** using (2) 1/4" x 2" hex bolts [D] and (2) 1/4" nylock nuts. **Note:** The lower holes are used in the **seat support**..



6   **READ THIS MANUAL IN ITS ENTIRETY PRIOR TO USING THIS PRODUCT.**

*This instruction manual complies with the ASTM standard F2123 - Standard Practice for Treestand Instructions and F2337 - Standard Test Method for Treestand Fall Arrest System.*

**ATTENTION!!** WHEN YOU SEE A "⚠ WARNING!" BE SURE TO HEED THE MESSAGE!
THE INFORMATION CONTAINED IN THESE MESSAGES CAN SAVE YOUR LIFE!!

**FIG. 3** **STEP 4.** Slide the **left** and **right shooting rail stops** over the front of the armrests and secure using (2) 1/4" delta bolts. Next, attach the **armrests** to the outside of the **side frames** using (4) 1/4" x 2" hex bolts [D] and (4) 1/4" nylock nuts.

Armrest

D

D

Delta Bolt

D

Right
Shooting
Rail Stop

Armrest

D

Left
Shooting
Rail Stop

Delta
Bolt

Armrest

Shooting
Rail Stop

Delta Bolt

Armrest

Shooting
Rail Stop

**FIG. 4** **STEP 5.** Attach the **standing platform** to the **top ladder extensions** using (2) 1/4" x 2" hex bolts [D] and (2) 1/4" nylock nuts to secure.



Top Ladder
Extensions

D

D

Standing
Platform

⚠**WARNING! Armrests and rear frame support have been provided for support/and or comfort and is not designed to carry the full weight of the user. Never place more than 15 lbs (7 kg) on these structures. Failure to follow these instructions may result in serious injury or death!**

**READ THIS MANUAL IN ITS ENTIRETY PRIOR TO USING THIS PRODUCT.**

7

*This instruction manual complies with the ASTM standard F2123 - Standard Practice for Treestand Instructions and F2337 - Standard Test Method for Treestand Fall Arrest System.*

**ATTENTION!!** WHEN YOU SEE A "⚠ WARNING!" BE SURE TO HEED THE MESSAGE! THE INFORMATION CONTAINED IN THESE MESSAGES CAN SAVE YOUR LIFE!!

**FIG. 5** **STEP 6.** Using (2) 5/16" x 3 1/2" hex bolts [H], (2) Tree Lok spacers and (2) 5/16" nylock nuts attach the **left** and **right Tree Lok bars** to the rear holes in the bottom of the **rear frame support. Note:** The concave side of the Tree Lok spacers must face up towards the rear frame support.



Tree Lok Spacer

Right
Tree Lock Bar

Tree Lok
Spacer

H

Rear
Frame
Support

H

Left
Tree Lock
Bar

**FIG. 6** **STEP 7.** Thread the **connection strap** through the loop on the long end of the **long ratchet strap.** Then, attach the connection strap to the top of the **left** and **right Tree Lok bars** using (2) 1/4" x 1 1/2" hex bolts [C], (2) nylon washers and (2) 1/4" nylock nuts. Next, thread the **long ratchet strap** through the loop on the **rear frame support.**



Long Ratchet Strap
Loop End

C

Connection
Strap

C

Right
Tree Lok Bar

Rear
Frame
Support

Left
Tree Lok Bar

Long Ratchet Strap

**READ THIS MANUAL IN ITS ENTIRETY PRIOR TO USING THIS PRODUCT.**

*This instruction manual complies with the ASTM standard F2123 – Standard Practice for Treestand Instructions and F2337 – Standard Test Method for Treestand Fall Arrest System.*

**ATTENTION!!** WHEN YOU SEE A "⚠ WARNING!" BE SURE TO HEED THE MESSAGE!
THE INFORMATION CONTAINED IN THESE MESSAGES CAN SAVE YOUR LIFE!!

**FIG. 7** **STEP 8.** Thread the **seat tension bolt** completely into the **seat bar**. Then, insert the **seat bar** into the **seat rests** and secure using (1) 1/4" x 1 1/4" hex bolt [B] and (1) 1/4" nylock nut. Insert the **allen wrench** into the **left seat rest** and turn the **seat tension bolt** counter clockwise until the **seat** is taught.

**STEP 9.** Sleeve the backrest of the **seat assembly** over the **backrest support**. Then, attach the **seat assembly** to the **backrest support** using (2) 1/4" x 1 1/4" hex bolts [B], (2) nylon washers and (2) 1/4" nylock nuts.



**FIG. 8** **STEP 10.** Connect the **left** and **right shooting rails** using (1) 1/4" x 1" hex bolt [A] and (1) 1/4" nylock nut. Attach the assembled **shooting rail** to the outside of the **armrests** using (2) 1/4" x 2 1/4" carriage bolts [G], (2) 3/8" nylon spacers and (2) 1/4" delta nuts to secure.

**STEP 11.** Attach the **seat support** to the rear of the **standing platform** using (2) 1/4" x 2" hex bolts [D] and (2) 1/4" nylock nuts.



**READ THIS MANUAL IN ITS ENTIRETY PRIOR TO USING THIS PRODUCT.**

9

*This instruction manual complies with the ASTM standard F2123 - Standard Practice for Treestand Instructions and F2337 - Standard Test Method for Treestand Fall Arrest System.*

**ATTENTION!! WHEN YOU SEE A "⚠ WARNING!" BE SURE TO HEED THE MESSAGE! THE INFORMATION CONTAINED IN THESE MESSAGES CAN SAVE YOUR LIFE!!**

**FIG. 9** **STEP 12.** Using (2) 1/4" x 1 1/2" hex bolts [C], (4) nylon washers and (2) 1/4" nylock nuts secure the **rear support hoop** to the **seat support.**



Rear
Support
Hoop

**FIG. 10** **STEP 13.** Attach the **shooting rail cover** to the **shooting rail** and **armrest covers** to the **armrests.**



Shooting
Rail Cover

Armrest
Cover

Armrest
Cover

**READ THIS MANUAL IN ITS ENTIRETY PRIOR TO USING THIS PRODUCT.**

*This instruction manual complies with the ASTM standard F2123 - Standard Practice for Treestand Instructions and F2337 - Standard Test Method for Treestand Fall Arrest System.*

**ATTENTION!!** WHEN YOU SEE A "⚠ WARNING!" BE SURE TO HEED THE MESSAGE! THE INFORMATION CONTAINED IN THESE MESSAGES CAN SAVE YOUR LIFE!!

**FIG. 11**   **STEP 14.** Insert a **ladder section** into the assembled **top ladder section**. Then, connect the **under support gusset female pieces** to the **male pieces** using (2) 1/4" x 1 1/4" hex bolts [B] and (2) 1/4" nylock nuts to secure. Next, attach the **under support gussets** to the inside of the **foot platform** and outside of the **ladder sections** using (4) 1/4"x 2" hex bolts [D] and (4) 1/4" nylock nuts to secure.

**FIG. 12**   **STEP 15.** Using (2) 1/4" x 2" snap pins attach the **support bar tree piece** to a **support bar ladder piece** and the **upper support bar piece** to a **support bar ladder piece**. Then, connect the **upper** and **lower support bars** using (1) 1/4" x 2" snap pin.



*This instruction manual complies with the ASTM standard F2123 - Standard Practice for Treestand Instructions and F2337 - Standard Test Method for Treestand Fall Arrest System.*

**ATTENTION!!** WHEN YOU SEE A " ⚠ WARNING!" BE SURE TO HEED THE MESSAGE!
THE INFORMATION CONTAINED IN THESE MESSAGES CAN SAVE YOUR LIFE!!

**FIG. 13**



**STEP 16.** Insert (2) **ladder sections** to the previously assembled **ladder section**. Secure the **ladder sections** and **support bar ladder pieces** using (4) 1/4" x 2 1/4" hex bolts [E], (4) nylon washers and (4) 1/4" nylock nut.

**STEP 17. SECURELY TIGHTEN EVERY NUT AND BOLT AT THIS TIME.**

Ladder Section

Ladder Section

Nylon Washers

Ladder Section

Nylon Washers

Ladder Section

Support Bar

E
E
E
E

READ THIS MANUAL IN ITS ENTIRETY PRIOR TO USING THIS PRODUCT.
*This instruction manual complies with the ASTM standard F2123 - Standard Practice for Treestand Instructions and F2337 - Standard Test Method for Treestand Fall Arrest System.*

⚠ **ATTENTION!! WHEN YOU SEE A "⚠ WARNING!" BE SURE TO HEED THE MESSAGE! THE INFORMATION CONTAINED IN THESE MESSAGES CAN SAVE YOUR LIFE!!**

# FIELD INSTALLATION - LADDERSTANDS

⚠ **WARNING! DO NOT** attempt to install this product on a tree that is not straight, healthy and devoid of dead branches, limbs, vines or anything that might interfere with installation. **DO NOT** attempt to install this treestand on a tree that is leaning, diseased, crooked, has loose bark, or does not meet the minimum installation diameter of nine (9) inches (23 cm) and a maximum diameter of (20) inches (51 cm) at treestand installation height (i.e., seat height). Failure to follow these instructions may result in injury or death!

**STEP 1**. Select a straight, healthy tree, one devoid of dead branches or loose bark. **DO NOT** attempt to install this product on a tree that is not healthy.

**STEP 2.** Attach the **bottom ladder section** to the **ladder sections** using (2) 1/4" x 1 1/4" snap pins to secure.

⚠ **WARNING! The snap pins must be installed as outlined. These snap pins must have the wire retainer engaged as shown in Figure 1A. Failure to follow these instructions may result in serious injury or death!**

**FIG. 1**

Female End

Male End

Snap Pins

Snap Pin installed and in the closed position

**FIG. 1A**

**STEP 3.** Attach the (2) stabilizer straps to each side of the rear frame support (near the bark biters). Secure stabilizer straps by wrapping stabilizer straps around rear frame support and pulling through its looped end (Fig. 2). Then, firmly tie stabilizer straps to a lower-level ladder rung.

**FIG. 2**

Rear Frame Support

Bark Biters

Stabilizer Strap

**STEP 5.** The adjustable support bar must be attached as outlined in previous step (pg. 11 & 12). **NOTE:** The support bar must be attached on the middle ladder section. Adjust the length so that the tree piece fits snugly to the tree, providing rigid support to the ladder (Fig. 4). Once you have set the adjustable support bar, use the support bar rope to secure it to the tree (Fig. 4A).



**FIG. 4**

**FIG. 5**

Ratchet Strap

Ratchet Strap

Stabilizer Strap

Stabilizer Strap

Adjustable Support Bar

**FIG. 4A**

Support Bar Rope

**STEP 6.** When the ladderstand is level and the adjustable support bar is secure, untie the stabilizer straps from the ladder section. Criss-cross stabilizer straps behind the tree trunk pulling them snug (Fig. 5). Then, secure each stabilizer strap by tying several firm knots around a middle section ladder rung. **NOTE:** Tie the stabilizer straps as high as you can reach while standing safely on the ground (Fig. 4).

**NOTE:** Do not attempt to install your ladderstand without the stabilizer straps firmly tied to the ladder.

**STEP 4.** Place the ladderstand flat on the ground in front of the tree with the bottom ladder section approximately two (2) feet away from the base of the trunk. Then with at least three (3) adults, gently raise the ladderstand to a vertical position allowing the bark biters to come into direct contact with the tree. Once elevated completely, carefully pull the base away from the tree until the seating & standing platforms are parallel to the ground (Fig. 3). You must have two (2) other adults hold each side of the ladder portion of the ladderstand while anyone is climbing to secure the platform.

⚠ **WARNING!** You must have two (2) other adults hold each side of the ladder portion of the ladderstand while anyone is climbing to secure the platform. Failure to follow these instructions may result in serious injury or death!

**FIG. 3**



Raising the Ladderstand Into Installation Position

**Note:** Seating/Standing Platform must be parallel to ground.

**READ THIS MANUAL IN ITS ENTIRETY PRIOR TO USING THIS PRODUCT.**

*This instruction manual complies with the ASTM standard F2123 - Standard Practice for Treestand Instructions and F2337 - Standard Test Method for Treestand Fall Arrest System.*

**ATTENTION!!** WHEN YOU SEE A "⚠ WARNING!" BE SURE TO HEED THE MESSAGE! THE INFORMATION CONTAINED IN THESE MESSAGES CAN SAVE YOUR LIFE!!



**FIG. 6**

**STEP 7.** Thread the cam buckle strap through the ratchet end of the long ratchet strap. Then, secure the cam buckle strap to the tree 4 to 5 feet above the ground. **NOTE:** When securing the cam buckle strap to the tree be sure the ratchet end of the long ratchet strap is positioned facing the ladder sections.

Cam Buckle Strap

Ratchet End

Ratchet End

Cam Buckle Strap

**FIG. 7**

**STEP 8.** Check to make sure the preassembled long end of the long ratchet strap is not caught or tangled and is hanging straight from the standing platform loop. Next, carefully thread the long ratchet strap end through the loop on the front of the support bar ladder piece.

Support Bar Loop

Long Ratchet Strap

**FIG. 8**

**STEP 9.** Lightly pull on the long ratchet strap end to make sure both Tree Lok bars close onto the tree trunk. Then, securely tighten long ratchet strap. See page 15 steps 10-13 for ratchet strap operation.

Support Bar Loop

Ratchet

Cam Buckle Strap

Support Bar Loop

Ratchet

Cam Buckle Strap

READ THIS MANUAL IN ITS ENTIRETY PRIOR TO USING THIS PRODUCT.

*This instruction manual complies with the ASTM standard F2123 - Standard Practice for Treestand Instructions and F2337 - Standard Test Method for Treestand Fall Arrest System.*

**ATTENTION!! WHEN YOU SEE A "⚠ WARNING!" BE SURE TO HEED THE MESSAGE! THE INFORMATION CONTAINED IN THESE MESSAGES CAN SAVE YOUR LIFE!!**

⚠ **WARNING!** The two (2) stabilizer straps must be attached and tightened prior to climbing to attach the platform(s) ratchet strap(s). Additionally, the adjustable support bar(s) and the adjustable support bar(s) rope must be installed (where included) prior to climbing to install the platform(s) ratchet(s) straps. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING!** Prior to climbing, make sure that all the ladder sections are firmly connected with the proper hardware in place. Make sure none of the sections have become separated. If they are, do not climb the ladder. With the help of two other adults, lower the stand back down to the ground and reattach the ladder rungs and reinstall the hardware in the manner previously described. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING!** Prior to attempting to climb a ladder stand for the first time, make certain the feet of the bottom rung ladder section are firmly planted on solid, level ground. If they are not firmly planted on level ground, **DO NOT** climb the ladder. With the help of two (2) other adults, lower the stand and find a suitable location to safely install the ladder stand. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING!** Before attempting to climb the ladderstand, bounce on the bottom ladder section to set the ladder into the ground before attempting to climb the ladderstand. Once the ladderstand has been set, re-check the stabilizer straps, making sure they are tight and the adjustable support bar is level and firmly, and tightly installed. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING!** Always lean forward while climbing and securely attach your full-body fall arrest harness tree belt to the tree prior to securing the ratchet strap(s) on the platform(s) to the tree and stepping onto the platform. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING!** When climbing to secure the ratchet strap(s) on the platform(s), it is important to lean forward when climbing to keep the stand centered and secure to the tree trunk. **DO NOT** lean backwards when climbing. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING!** When climbing, always maintain three points of contact as you ascend (climb up) and while descending (climb down). Failure to maintain three points of contact puts the user at serious risk of bodily injury. Failure to follow these instructions may result in serious injury or death!

⚠ **WARNING!** The platform ratchet strap(s), stabilizer straps and adjustable support bar(s) have all been included with your new ladderstand to ensure its solid attachment to the tree. All three of these safety devices must be installed as outlined in this Instruction Manual. Failure to install these safety devices as outlined in this Instruction Manual may result in serious injury or death!

**Note:** Ratchet straps are attached at the contact point from the stand to the tree. Hook one end of the ratchet strap onto the rear frame support, near the bark biters, wrap around tree trunk, and connect to opposite side. Carefully tighten the **RATCHET STRAP** securely (Fig. 4, page 13). It is vital the ratchet strap is installed as outlined here in these Instructions for the safe operation of this product.



Bark Biters

Rear Frame Support

**STEP 10. CRITICAL STEP!** After installing the adjustable support bar and stabilizer straps, it is now time to attach the **RATCHET STRAP(S)** to the top section of your ladderstand. Thread strap through slot in the center of the ratchet reel (Fig. 6).



**FIG. 9**

**STEP 11.** Remove slack from strap by pulling loose end as tightly as possible (Fig. 7).



**FIG. 10**

**STEP 12.** Then ratchet handle back and forth to tighten straps, a minimum of two (2) wraps around the ratchet reel is required (Fig. 8).



2X Min.

**FIG. 11**

**STEP 13.** After strap is tight, close handle to the lock position.

**STEP 14.** To remove tension, pull spring loaded retaining lock and open ratchet completely, then manually pull strap to loosen (Fig. 9).



**FIG. 12**

**STEP 15.** You are now ready to use your ladderstand!

## TO REMOVE THE STAND FROM THE FIELD:

**STEP 1:** Read the instructions and re-familiarize yourself with all the warnings and installation steps.

**STEP 2:** Simply reverse the order of the steps described for the installation.

**STEP 3:** Always wear your Full Body Harness from the time you leave the ground until the time you return to the ground.

**READ THIS MANUAL IN ITS ENTIRETY PRIOR TO USING THIS PRODUCT.**

*This instruction manual complies with the ASTM standard F2123 - Standard Practice for Treestand Instructions and F2337 - Standard Test Method for Treestand Fall Arrest System.*

⚠️ **ATTENTION!!** WHEN YOU SEE A "⚠️ WARNING!" BE SURE TO HEED THE MESSAGE! THE INFORMATION CONTAINED IN THESE MESSAGES CAN SAVE YOUR LIFE!!

# FULL-BODY FALL ARREST HARNESS USAGE INSTRUCTIONS & WARNINGS

⚠️ **WARNING!** Failure to read and strictly comply with the instructions contained here may result in serious injury or death!

Read the full-body fall arrest harness section carefully and follow all of the instructions! Your full-body fall arrest harness and its components (i.e., Lanyard/ tether, tree belt, climbing belt (lineman's belt as applicable), suspension relief device) is designed for a maximum capacity (user and equipment) of 300 pounds (136 kg), additionally, your full-body fall arrest harness (and its components) must be replaced after three (3) years of service! Please contact Big Game® for full-body fall arrest harness replacement procedure shall you experience a fall or shall it exceed the three (3) year service period.

⚠️ **WARNING!** Prior to attempting to use this or any other Big Game® product(s) you must take a moment and become familiar with its assembly, setup, installation, use and removal. You must practice installing, setting-up and using your full-body fall arrest harness and its components (i.e., lanyard/tether, tree belt, suspension relief device, climbing belt/lineman's belt [as applicable]) at ground-level prior to attempting to use it at heights above ground-level. Once you have become thoroughly knowledgeable and comfortable with this product(s) assembly, setup, installation, use and removal at ground-level, you are now ready to use it at heights above ground-level, Failure to follow these instructions may result in serious injury or death!

⚠️ **WARNING!** You must wear a Fall Arrest System (FAS) comprising of a full-body fall arrest harness, lanyard/tether, tree belt, suspension relief device and climbing belt/lineman's belt (as applicable) at all times after leaving the ground. You must stay connected at all times after leaving the ground while using fixed position treestands. Single safety belts and chest harnesses are no longer preferred and shall never be used. If you are not wearing a full-body fall arrest harness (that is connected to the tree) that is protecting you from a fall, do not leave the ground. Failure to follow these instructions may result in serious injury or death!

⚠️ **WARNING!** You must practice putting the full-body fall arrest harness on, adjusting and using your full-body fall arrest harness and it's components (i.e., lanyard/tether, tree belt, suspension relief device, climbing belt/ lineman's belt [as applicable]) at ground-level in the presence of a **responsible adult** to experience the feeling of hanging suspended before using in a hunting environment. This experience will ensure you remain calm and collected shall you experience a fall while hunting. Failure to follow these instructions may result in serious injury or death!

⚠️ **WARNING!** The length of the full-body fall arrest harness lanyard/ tether must be kept to a minimum at all times during use. It must be adjusted so that it is above the head with no slack (snug) in the seating position and you shall have the minimum amount of slack possible when climbing. Never let the tether strap get under your chin or around your neck. Failure to follow these instructions may result in serious injury or death!

⚠️ **WARNING!** Shall you experience a fall there is time to make a correct decision on what action needs to take place. It is important to remember: **DO NOT PANIC!** Failure to follow these instructions may result in serious injury or death!

⚠️ **WARNING!** Falls from a treestand can occur anytime after leaving the ground. These falls could result in either serious injury or death! For your personal safety, please take a moment to carefully read this product instruction manual in its entirety before attempting to assemble, set-up, install, remove, and/or otherwise use this Big Game® product(s). At least annually, review the contents of this instruction manual and watch the *"Treestand Safety: It's Up To You"* dvd. Additionally, keep these instructions for the entire duration that you own this Big Game® product. Failure to follow these instructions may result in serious injury or death!

⚠️ **WARNING!** If you have a limiting physical and/or health condition that precludes and/or renders you incapable of self-recovery and/or a suitable escape plan is not available, **DO NOT** hunt from heights above ground-level. Failure to follow these instructions may result in serious injury or death!

⚠️ **WARNING!** The safe use and operation of this Big Game® product is the sole responsibility of the user. It is also the sole responsibility of the owner to provide any person(s) who borrow or purchase this product from them with these complete instructions. Failure to follow these instructions may result in serious injury or death! Additionally, failure to follow these instructions may subject you to personal liability penalties as determined by the U.S. Judicial System.

⚠️ **WARNING!** Practice the use of your Big Game® full-body fall arrest harness and Suspension Relief Device (SRD) at ground-level in the presence of a **responsible adult** to experience the feeling of hanging suspended before using in a hunting environment. Failure to follow these instructions may result in serious injury or death!

⚠️ **WARNING!** NEVER allow the full-body fall arrest harness lanyard/tether to get under your chin or around your neck. This poses a choking hazard that can lead to serious injury or death. Failure to follow these instructions may result in serious injury or death!

⚠️ **WARNING!** If your communication efforts are unsuccessful, you must have a personal plan for self-recovery/escape shall you experience a fall. Prolonged suspension in a full-body fall arrest harness can be fatal. It is important to exercise the legs by pushing against the tree or doing other forms of continuous leg exercises to avoid blood pooling while being suspended, Varying degrees of physical fitness may require different plans for self-recovery/escape the effects of prolonged suspension. Have a personal plan and practice it in the presence of a responsible adult before leaving the ground. No one escape/ rescue plan will work for every hunter, on every tree, in every circumstance, Only you can determine the best self-recovery/escape plan for your hunting situation before leaving the ground. There is time to make a correct decision on what action to take if a fall occurs while wearing a full-body fall arrest harness. It is important to remember, **DO NOT PANIC!** Remain calm and Implement your practiced rescue, relief and recovery plan. Hunt from the ground when a self-recovery /escape ability is absent. Failure to follow these instructions may result in serious injury or death!

**READ THIS MANUAL IN ITS ENTIRETY PRIOR TO USING THIS PRODUCT.**

*This instruction manual complies with the ASTM standard F2123 - Standard Practice for Treestand Instructions and F2337 - Standard Test Method for Treestand Fall Arrest System.*

**ATTENTION!! WHEN YOU SEE A "⚠ WARNING!" BE SURE TO HEED THE MESSAGE! THE INFORMATION CONTAINED IN THESE MESSAGES CAN SAVE YOUR LIFE!!**

# FULL-BODY FALL ARREST HARNESS INSTRUCTIONS

⚠ **WARNING!** Read these Big Game® Treestands full-body fall arrest harness instructions carefully and follow all the instructions! Your new full-body fall arrest harness is designed for a maximum capacity (user and equipment) of 300 pounds (136 kg). Additionally, your new full-body fall arrest harness must be replaced after three (3) years of service! Replace your full-body fall arrest harness immediately shall you experience a fall while wearing it.

⚠ **WARNING!** Use the BIG GAME® full-body fall arrest harness provided with this product or a harness that meets or exceeds industry standards recognized by TMA. **NOTE:** You must store your full-body fall arrest harness out of direct sunlight and out of any other harsh environmental condition(s) that may adversely affect its performance. Failure to follow these instructions may result in serious injury or death!

**STEP 1.** Identify the main parts of the full-body fall arrest harness (Fig. 1). Hold the full-body fall arrest harness by the tether loop ensuring the harness is upright and leg straps are hanging down. Straighten any parts that have become twisted.



**FIG 1**

**STEP 4.** Secure the two leg straps by threading the three bar buckle (Fig. 4). Tighten the leg straps snugly. **DO NOT** over tighten as this will cut off the circulation to your legs. The Big Game® full-body fall arrest harness shall look like the one depicted in Figure 6 when donned correctly.

⚠ **WARNING!** It is very important to complete this Step of the assembly. An improperly secured buckle may cause full-body fall arrest harness failure resulting in serious injury or death! If there is not enough strap available to complete this Step, DO NOT USE THIS FULL-BODY FALL ARREST HARNESS! You may need to purchase and use a larger specialty sized full-body fall arrest harness that meets or exceeds industry standards recognized by TMA.



**FIG 4**

**STEP 2.** Insert arms through each shoulder strap (Fig. 2).

**FIG 2**



**STEP 3.** Feed the left leg strap between legs and thread through the bottom left waist loop. Repeat with the right leg strap, feeding between legs and through right waist loop (Fig. 3).

**FIG 3**



*This instruction manual complies with the ASTM standard F2123 - Standard Practice for Treestand Instructions and F2337 - Standard Test Method for Treestand Fall Arrest System.*

**ATTENTION!! WHEN YOU SEE A "⚠ WARNING!" BE SURE TO HEED THE MESSAGE! THE INFORMATION CONTAINED IN THESE MESSAGES CAN SAVE YOUR LIFE!!**

⚠ **WARNING! It may be necessary to purchase an aftermarket full-body fall arrest harness which meets or exceeds industry standards recognized by TMA shall the BIG GAME° full-body fall arrest harness provided with this BIG GAME° product not be sufficiently large enough. Never exceed the weight capacity of this product(s). Failure to follow these instructions may result in serious injury or death!**

**STEP 5.** If necessary to use a climbing belt for the field installation of your treestand (as per the specific Instructions for your specific treestand model), feed the climbing belt through one of the waist loops and wrap the free end around the tree. Then feed opposite end through the opposite waist loop and use three bar buckle method described in Fig 4 to secure (Fig. 5).

**FIG 5**



Climbing Belt

**STEP 6.** Once you have reached your desired height, insert the tree belt through the loop of the tether (Fig. 6).

**FIG 6**



tether

tree belt

**STEP 7.** Then, carefully wrap the tree belt around the tree at a height that allows just enough slack for you to sit comfortably in your stand. Keeping the tether as short as possible limits the distance you will travel, in the unlikely event you shall experience a fall.

**FIG 7**



tree belt

**STEP 8.** To secure the tree belt, insert the free end up through the slot in the buckle closest to opposite end of the tree belt, then cross over the sliding mechanism and back down through opposite slot.

**FIG 8**



Tree Belt

Side View

**STEP 9.** Pull on tree belt to secure and test to make sure sliding mechanism engages, creating secure tree belt placement (Fig. 9).

**FIG 9**

tree belt

**Standing**

tree belt

tether

tether

tree belt

**Sitting/ Seating**

⚠ **WARNING! Do not expose this full-body fall arrest harness to ozone in any quantity in an enclosed environment. Exposure to even the slightest amounts of ozone in an enclosed environment will severely degrade the integrity of the harness and will cause it to structurally fail while in use. Failure to follow these instructions will result in serious injury or death!**

**READ THIS MANUAL IN ITS ENTIRETY PRIOR TO USING THIS PRODUCT.**

*This instruction manual complies with the ASTM standard F2123 - Standard Practice for Treestand Instructions and F2337 - Standard Test Method for Treestand Fall Arrest System.*

**ATTENTION!! WHEN YOU SEE A "⚠ WARNING!" BE SURE TO HEED THE MESSAGE! THE INFORMATION CONTAINED IN THESE MESSAGES CAN SAVE YOUR LIFE!!**

# STEPS TO FOLLOW IF A FALL WERE TO OCCUR:

Although no one plans to fall from their treestand, falls can and do occur without warning. It is important to become familiar with the guidelines below and practice your recovery plan at ground-level. Failure to read, understand, and follow these steps may result in serious injury or death!

⚠ WARNING! There is time to make a correct decision on what action to take if a fall occurs while wearing a full-body fall arrest harness. It is important NOT TO PANIC! Remain calm and implement your practiced rescue, relief and recovery plan. Failure to follow these instructions may result in serious injury or death!

⚠ WARNING! A suspension relief device must be on your person and readily accessible while using a full-body fall arrest harness. These devices will allow you to relieve the load on the lower extremities if suspended in a full-body fall arrest harness and help maintain circulation in the legs and mitigate (minimize) suspension trauma (blood pooling) or allow descent to the ground. Follow all instructions below regarding the provided SRD (Suspension Relief Device) Failure to follow full-body fall arrest harness instructions could result in not being able to return to the stand and being suspended in a full-body fall arrest harness after a fall. Failure to follow these instructions may result in serious injury or death!

**STEP 1.** After a fall, take a moment to catch your breath and stay calm. **DO NOT PANIC.**



**STEP 2.** Pull on the **SRD strap** located on the front side of your **full-body fall arrest harness** (Fig. 1).     **FIG 1**

**STEP 3.** Adjust the **SRD strap** so that you are able to step into the loop and then stand up, relieving the pressure on your lower extremities. The loop size can be adjusted by moving the buckle up or down (Fig. 2 and 3).



**FIG 2**          **FIG 3**

**STEP 4.** If you are able to reach your ladder or climbing system, use it to get back into your secured treestand and then carefully climb down to ground-level. If you are not able to reach your stand, remain calm and continue to stand in the **SRD loop** until help arrives (Fig. 4).



**FIG 4**

**STEP 5.** Use your **personal locating device** or **cell phone** to call for help.

**NOTE:** Several optional products/systems are available that offer self-recovery or self-extraction from a fall when suspended in a full-body fall arrest harness. Some systems automatically descend the user while others allow user control. One of these products/systems can be considered for use as an additional safety precaution against prolonged suspension and suspension trauma. Be sure to follow the manufacturers' directions on the safe use of these products/systems.

**READ THIS MANUAL IN ITS ENTIRETY PRIOR TO USING THIS PRODUCT.**          19



PO Box 382 • Windom, MN 56101
(800) 268-5077 • (507) 831-4350

*www.BigGameTreestands.com*