# **EXHIBIT D**

{YB:00688938.DOCX }

hamssports.com/product/big-game-22-hightower-xtl-w-flex-tek-seat-and-tree-lock/

Store Locator   Weekly Ads   Gift Cards   Discount Programs        Q Search


**Dunham's SPORTS**
Big Names...Low Prices. VALUE since 1937

✉ **Dunham's Rewards** Sign Up & Get 20% Off

EMAIL ADDRESS   ZIP CODE (optional)   **SIGN UP**

VALUE VAULT ∨ | HOT DEALS ∨ | DEPARTMENTS ∨ | APPAREL ∨ | FOOTWEAR ∨ | OUTDOOR ∨ | HUNTING ∨ | SPORTS ∨ | ACCESSORIES ∨ | FAN SHOP

Home / Value Vault / 2018 GITG Archery Guide / Treestands / Ladder Stands / Big Game 22' Hightower XTL W/Flex Tek Seat and Tree Lock

Delivering **Value** Since 1937



# BIG GAME 22' HIGHTOWER XTL W/FLEX TEK SEAT AND TREE LOCK

## VALUE PRICE
## $149.99
Original $219.99

**DIGITAL GUIDE**

**FIND NEAREST STORE**

### Product Information:

- Flip-back flex-tek seat and shooting rail, full foot platform
- Jaw system secures ladder stand to tree
- Includes full body safety harness
- Platform: 18.5"x30", Weighs: 69 lbs., Capacity: 300 lbs.