# **<u>EXHIBIT E</u>**

| Claim Chart for U.S. Patent 10,010,068 |||
|---|---|---|
| '068 Patent Claims | Infringing Elements of Big Game Hightower XTL with Tree Lok (See Attached Figs. 1 and 2) | Infringement Basis |
| **Claim 1**<br><br>**Preamble**: A ladder tree stand for supporting a sportsman at an elevated position above ground, the tree stand comprising: | Defendant's product is a ladder tree stand (10) to support a sportsman above ground. | Literal |
| **Element A**: a ladder assembly having a top end portion and a bottom end portion configured for engagement with the ground; | Defendant's product has a ladder assembly (12) with a top end portion (14) and a bottom end portion (16) for engaging the ground. | Literal |
| **Element B**: a platform having a front end portion and a rear end portion, the front end portion being secured to the top end portion of the ladder assembly, the tree stand being configured to lean toward a tree in a support direction such that a portion of the tree stand away from the bottom portion of the ladder assembly engages the tree to support the ladder assembly in a generally upright orientation with the platform positioned at the elevated position; | Defendant's product has a platform (18) with a front end portion (20) and a rear end portion (22). The front end portion (20) is secured to the top end (14) of the ladder assembly (12). The tree stand (10) is configured to lean against a tree (24) wherein a portion of the tree stand (10) away from the bottom portion of the ladder assembly (12) engages the tree (24) to support the ladder assembly (12) in an upright orientation with the platform (18) positioned in the elevated position. | Literal |
| **Element C**: a tree securement mechanism comprising: | Defendant's product has a tree securement mechanism (26). | Literal |
| **Element D**: at least one securement member including first and second opposing jaws pivotally mounted on the rear end portion of the platform for selectively moving the at least one securement member relative to the platform from an open position to a closed position in which the first and second jaws extend around at least a portion of the tree to engage the tree and restrict movement of the platform with respect to the tree; | Defendant's product has a securement member (28) with first and second opposing jaws (30, 32) pivotally mounted to the rear end portion (22) of the platform (18) for moving the securement member (28) relative to the platform (18) from an open position to a closed position in which the first and second jaws (30, 32) extend around and engage the tree (24) to restrict movement of the platform (18) relative to the tree (24). | Literal |

| | | |
|---|---|---|
| **Element E**: an anchor configured to be mounted on the tree at a position spaced apart between the elevated position and the ground; and | Defendant's product has an anchor (34) mounted on the tree (24) between the elevated position and the ground. | Literal |
| **Element F**: a strap assembly comprising a strap configured to be operatively connected to the anchor and the securement member to move the securement member from the open position to the closed position when a tension is imparted upon the strap assembly, the strap being configured for being selectively tensioned to apply force to the anchor and securement member and move the securement member from the open position to the closed position and comprising a tensioner operatively connected to the strap to selectively maintain tension on a segment of the strap extending between the anchor and the securement member to hold the securement member in the closed position; | Defendant's product has a strap assembly (36) having a strap (38) connected to the anchor (34) and the securement member (28) to move the securement member (28) from the open position to the closed position when tension is applied to the strap assembly (36). The strap (38) may be tensioned to apply force to the anchor (34) and the securement member (28) from the open position to the closed position. A tensioner (40) is connected to the strap (38) to maintain tension on the strap (38) between the anchor (34) and the securement member (28) to hold the securement member (28) in the closed position. | Literal |
| **Element G**: wherein the strap is free of engagement with the tree between the anchor and securement member and said strap passes through an aperture in a strap routing member. | Defendant's product includes the strap (38) being free from engagement with the tree (24) between the anchor (34) and the securement member (28) wherein the strap (34) passes through an aperture in a strap routing member (42). | Literal |
| <u>**Claim 2**</u><br><br>The ladder tree stand as set forth in claim 1 wherein the strap slidably engages the strap routing member. | Defendant's strap (38) slidably engages the strap routing member (42). | Literal |
| <u>**Claim 3**</u><br><br>The ladder tree stand as set forth in claim 2 wherein the strap is operatively connected to the securement member at a connection point and has a top segment extending from the connection point toward the strap routing member and a bottom segment extending generally | Defendant's strap (38) is operatively connected to the securement member (28) at a connection point (44) and has a top segment (46) extending from the connection point (44) toward the strap routing member (42) and a bottom segment (48) extending downward from the strap routing member (42) toward the anchor (34) | Literal |

| | | |
|---|---|---|
| downward from the strap routing member toward the anchor. | | |
| **Claim 5**<br><br>The ladder tree stand as set forth in claim 1 wherein the anchor comprises another strap configured to be looped around the tree. | Defendant's anchor (34) comprises a strap (50) looped around the tree (24). | Literal |
| **Claim 6**<br><br>The ladder tree stand as set forth in claim I wherein the strap is operatively connected to the first and second jaws to pivot both of the first and second jaws from the open position to the closed position when the strap is tensioned. | Defendant's strap (38) is operatively connected to the first and second jaws (30, 32) to pivot the first and second jaws (30, 32) from the open position to the closed position when the strap (38) is tensioned. | Literal |
| **Claim 7**<br><br>The ladder tree stand as set forth in claim 6 wherein the rear end portion of the platform and first and second jaws extend circumferentially around the tree in the closed position. | Defendant's rear end portion (22) of the platform (18) and the first and second jaws (30, 32) extend circumferentially around the tree (24) in the closed position. | Literal |
| **Claim 8**<br><br>Preamble: A ladder tree stand for supporting a sportsman at an elevated position above ground, the tree stand comprising: | Defendant's product is a ladder tree stand (10) for supporting a sportsman at an elevated position above ground. | Literal |
| **Element A**: a ladder assembly having a top end portion and a bottom end portion configured for engagement with the ground; | Defendant's product has a ladder assembly (12) with a top end portion (14) and a bottom end portion (16) for engaging the ground. | Literal |
| **Element B**: a platform having a front end portion and a rear end portion, the front end portion being secured to the top end portion of the ladder assembly, the tree stand being configured to lean toward a tree in a support direction to engage the tree to support the ladder assembly in a generally upright orientation with the | Defendant's product has a platform (18) with a front end portion (20) and a rear end portion (22). The front end portion (20) is secured to the top end portion (14) of the ladder assembly (12). The tree stand (10) is configured to lean toward and engage a tree (24) to support the ladder assembly (12) in an upright orientation with the platform (18) positioned in the elevated position. | Literal |

| | | |
|---|---|---|
| platform positioned at the elevated position; | | |
| **Element C**: a tree securement mechanism comprising: | Defendant's product has a tree securement mechanism (26). | Literal |
| **Element D**: at least one securement member including first and second opposing jaws pivotally mounted on the rear end portion of the platform such that at least one securement member is movable at a pivot point for selectively moving the at least one securement member relative to the platform from an open position to a closed position in which the first and second jaws extend around at least a portion of the tree to engage the tree and restrict movement of the platform with respect to the tree, each of the first and second jaws having a free end spaced apart from the pivot point; | Defendant's product has a securement member (28) with first and second opposing jaws (30, 32) pivotally mounted on the rear end portion (22) of the platform (18) such that at least one securement member (28) is movable at a pivot point (50) for selectively moving the at least one securement member (28) relative to the platform (18) from an open position to a closed position in which the first and second jaws (30, 32) extend around at least a portion of the tree (24) to engage the tree (24) and restrict movement of the platform (18) with respect to the tree (24), each of the first and second jaws (30, 32) having a free end (52) spaced apart from the pivot point (50). | Literal |
| **Element E**: an anchor configured to be mounted on the tree at a position spaced apart between the elevated position and the ground; and | Defendant's product has an anchor (34) mounted on the tree (24) between the elevated position and the ground. | Literal |
| **Element F**: a strap assembly comprising a strap configured to be operatively connected to the anchor and the securement member to move the securement member from the open position to the closed position when a tension is imparted upon the strap assembly, the strap being configured for being selectively tensioned to apply force to the anchor and securement member and move the securement member from the open position to the closed position; | Defendant's product has a strap assembly (36) having a strap (38) connected to the anchor (34) and the securement member (28) to move the securement member (28) from the open position to the closed position when tension is applied to the strap assembly (36). The strap (38) may be tensioned to apply force to the anchor (34) and the securement member (28) from the open position to the closed position. | Literal |
| **Element G**: wherein the strap is connected to the securement member at a connection point located closer to the pivot point than the free end and said strap passes through an aperture in a strap routing member. | Defendant's product includes the strap (38) being connected to the securement member (28) at a connection point (44) located closer to the pivot point (50) than the free end (52), and the strap (38) passes through an aperture in a strap routing member (42). | Literal |

| | | |
|---|---|---|
| **Claim 9**<br><br>The ladder tree stand as set forth in claim 8 wherein the strap slidably engages the strap routing member. | Defendant's strap (38) slidably engages the strap routing member (42). | Literal |
| **Claim 10**<br><br>The ladder tree stand as set forth in claim 9 wherein the strap has a top segment extending from the connection point toward the strap routing member and a bottom segment extending generally downward from the strap routing member toward the anchor. | Defendant's strap (38) has a top segment (46) extending from the connection point (44) toward the strap routing member (42) and a bottom segment (48) extending downward from the strap routing member (42) toward the anchor (34) | Literal |
| **Claim 12**<br><br>The ladder tree stand as set forth in claim 8 wherein the anchor comprises another strap configured to be looped around the tree. | Defendant's anchor (34) comprises a strap (50) looped around the tree (24). | Literal |
| **Claim 13**<br><br>The ladder tree stand as set forth in claim 8 wherein the strap is operatively connected to the first and second jaws to pivot both of the first and second jaws from the open position to the closed position when the strap is tensioned. | Defendant's strap (38) is operatively connected to the first and second jaws (30, 32) to pivot both the first and second jaws (30, 32) from the open position to the closed position when the strap (38) is tensioned. | Literal |
| **Claim 14**<br><br>The ladder tree stand as set forth in claim 13 wherein the rear end portion of the platform and first and second jaws extend circumferentially around the tree in the closed position. | Defendant's rear end portion (22) of the platform (18) and the first and second jaws (30, 32) extend circumferentially around the tree (24) in the closed position. | Literal |

**ATTENTION!!** WHEN YOU SEE A "⚠ WARNING!" BE SURE TO HEED THE MESSAGE!
THE INFORMATION CONTAINED IN THESE MESSAGES CAN SAVE YOUR LIFE!!

**FIG. 6** **STEP 7.** Thread the cam buckle strap through the ratchet end of the long ratchet strap. Then, secure the cam buckle strap to the tree 4 to 5 feet above the ground. **NOTE:** When securing the cam buckle strap to the tree be sure the ratchet end of the long ratchet strap is positioned facing the ladder sections.

FIG. 1 for Claim Chart

**FIG. 7** **STEP 8.** Check to make sure the preassembled long end of the long ratchet strap is not caught or tangled and is hanging straight from the standing platform loop. Next, carefully thread the long ratchet strap end through the loop on the front of the support bar ladder piece.

**FIG. 8** **STEP 9.** Lightly pull on the long ratchet strap end to make sure both Tree Lok bars close onto the tree trunk. Then, securely tighten long ratchet strap. See page 15 steps 10-13 for ratchet strap operation.

14  READ THIS MANUAL IN ITS ENTIRETY PRIOR TO USING THIS PRODUCT.

*This instruction manual complies with the ASTM standard F2123 - Standard Practice for Treestand Instructions and F2337 - Standard Test Method for Treestand Fall Arrest System.*



FIG. 2 for Claim Chart