AO 440 (Rev. 06/12) Summons in a Civil Action

## PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(l))*

Case No. 2:18-cv-12447-PDB-DRG

This summons for *(name of individual and title, if any)* __Mainstream Holdings, Inc__
was received by me on *(date)* __10/19/2018__

[ ] I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

[✓] I served the summons on *(name of individual)* __Luke Lundt, CFO__, who is
designated by law to accept service of process on behalf of *(name of organization)*
__Mainstream Holdings, Inc__ on *(date)* __10/22/2018__ ; or

[ ] I returned the summons unexecuted because _____ ; or

[ ] Other: *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: __10/24/2018__

Server's Signature: *Donna L Hansen*

Printed Name and Title: __Donna L. Hansen__

Server's address: __312 Cole Court, Mankato, MN 56001__

Additional information regarding attempted service, etc.: